Argued December 15, 1925, affirmed January 19, 1926.

## HARTFORD ACCIDENT & INDEMNITY COMPANY *v.* STATE BANK OF PORTLAND.

(242 Pac. 826.)

(No syllabus.)

From Multnomah: WALTER H. EVANS, Judge.

Department 1.

AFFIRMED.

For appellant there was a brief over the name of *Messrs. Bowerman & Kavanaugh,* with an oral argument by *Mr. Jay Bowerman.*

For respondent there was a brief over the name of *Messrs. Griffith, Peck & Coke,* with an oral argument by *Mr. John S. Coke.*

RAND, J. — The facts in this case and the law governing it are identical with the facts and principles announced and followed in the case of *Fidelity & Deposit Company of Maryland* v. *Bramwell, ante,* p. 1 (242 Pac. 823), this day decided, except that

in this case no issue was presented as to the time elapsing between the disallowance of the preference claimed by the plaintiff and the commencement of the suit. This case, therefore, is controlled by that decision, and a like result must follow in this case. The decree is therefore affirmed.   AFFIRMED.

McBRIDE, C. J., and BURNETT and COSHOW, JJ., concur.